## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

OCT 1 9 2011

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JESUS ANTONIO VENEGAS (2),

Defendant.

CASE NO. 11CR4205-H

**JUDGMENT OF DISMISSAL**

　　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

21 USC 952 and 960; 18 USC 2 - Importation of Cocaine; Aiding and Abetting.

　　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 18, 2011

HONORABLE CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE